**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 04-6629

———————————

SALEEM RAFEEQ PORTER,

                                   Plaintiff - Appellant,

        versus

JEFFREY W. FRAZIER, CJM, Superintendent; TED
HULL, Major, CJM, Assistant Superintendent,

                                   Defendants - Appellees,

        and

NORTHERN NECK REGIONAL JAIL,

                                   Defendant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-03-249-AM)

———————————

Submitted:  July 29, 2004          Decided:  August 5, 2004

———————————

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Saleem Porter, Appellant Pro Se.  Robert A. Dybing, THOMPSON &
MCMULLAN, Richmond, Virginia, for Appellee.

--------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Saleem Rafeeq Porter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Porter v. Frazier, No. CA-03-249-AM (E.D. Va. filed Mar. 15, 2004 & entered Mar. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED